UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. BECK,

    Plaintiff,

Case No. 17-cv-10267

v.

HON. MARK A. GOLDSMITH

FCA US LLC,

    Defendant.

_____/

## JUDGMENT

Judgment is entered in accordance with the opinion and order entered on today's date (Dkt. 37).

SO ORDERED.

Dated: August 11, 2017              s/Mark A. Goldsmith
     Detroit, Michigan            MARK A. GOLDSMITH
                                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 11, 2017.

                                                           s/Karri Sandusky
                                                           Case Manager